UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
OSBOURNE SEABROOKS,

           Plaintiff,

    -against-

THE CITY OF NEW YORK, DETECTIVE
JAMES REILLY, POLICE OFFICER
CONTRERAS TANCREDO (Shield #18594)
and POLICE OFFICERS JOHN DOE 1-6,

           Defendants.
------------------------------------------------------X

08 CV 03124 (GEL)

NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Barry K. Myrvold, Assistant Corporation Counsel, of the Office of the Corporation Counsel of the City of New York, hereby appears as counsel for the defendant CITY OF NEW YORK.

DATED:    New York, New York
             April 11, 2008

            Respectfully submitted,

            MICHAEL A. CARDOZO
            Corporation Counsel of the City of New York
            Attorney for Defendant
            CITY OF NEW YORK
            100 Church Street, Room 3-162
            New York, New York 10010
            (212) 788-9391
            (212) 788-9776 (facsimile)
            bmyrvold@law.nyc.gov

            By: _____
                  Barry Myrvold

To:    Wale Mosaku            By ECF
       *Attorney for Plaintiff*