UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE
CASE # 08-CV-03127

**OSBOURNE SEABROOKS**                                    Plaintiff

Vs

**THE CITY OF NEW YORK, DETECTIVE
JAMES REILLY, POLICE OFFICER CONTRERAS
SHIELD # 18594 AND POLICE OFFICERS JOHN DOE 1-6**
                                                         Defendant

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the County of KINGS.

On **5/6/2008** at **12:22 P.M.** at **44TH PRECINCT, BRONX, NEW YORK 10701** Deponent served the within **SUMMONS AND COMPLAINT** on DETECTIVE JAMES REILLY by delivering a true copy to **MS. MUHAMMED ( PRINCIPAL)** an authorized agent.

Said premises are Defendant's actual place of work within the state. I asked the person spoken to whether the defendant actually works at these premises and received an affirmative response.

A description of the person served is as follows:

Sex **FEMALE**
Skin/Race **FAIR/BLACK**
Color of Hair **BLACK**
Approx. Age **38 - 42**
Approx. Height **5'5"- 5'6"**
Approx. Wt **135 – 140 LBS**

Balding **NO**   Mustache **NO**   Beard **NO**   Glasses **NO**

Other identifying Features: **NONE**

Sworn to be fore me on this
**14TH** Day of **MAY 2008**

NOTARY PUBLIC

ADEWALE A. MOSAKU
Notary Public State of New York
No. 02MO6018153
Qualified In Kings County
Commission Expires January 4, 20 11

MAHITIMA BAA